IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BEN WALHOOD and | § | |
| LAURA P. WALHOOD | § | |
| | § | |
| V. | § | Case No. 1:10-CV-555 |
| | § | |
| TEXAS FARMERS INSURANCE | § | |
| COMPANY | § | |

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a referral order entered on September 13, 2010. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant plaintiffs' motion to dismiss, and enter final judgment.

The magistrate judge's report is hereby **ADOPTED**, and plaintiffs' motion to dismiss [Docket No. 7] is **GRANTED**. It is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

Final Judgment will be entered separately.

So **ORDERED** and **SIGNED** this 3 day of **November, 2010.**

_____
Ron Clark, United States District Judge